DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ARMANDO ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              *Plaintiff*,<br><br>     v.<br><br>ARMANDO ALFARO<br><br>              *Defendant.* | No. 1:05-cr-00417 OWW<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE;  AND  ORDER THEREON<br><br>Date:  May 23, 2006<br>Time:  9:00 a.m.<br>Court: Hon. Oliver W. Wanger |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant, that the date for status conference and ruling on motions in the above-captioned matter may be continued to May 23, 2005.  It is further stipulated that any motions may be filed by May 5, 2006 and that any response may be filed by May 18, 2006.

This request does not affect the previously scheduled motion in limini filing dates, the trial confirmation date or the trial date.  Those matters may remain unchanged.

**The date previously set for status conference is May 2, 2006.  The requested new date is May 23, 2006, at 9:00 AM.  The June 6, 2006 trial confirmation date and the June 20, 2006 trial date shall remain unchanged.**

The reason for this request is that the defense requests additional time to conduct further investigation prior to filing motions in this matter.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and ruling on pretrial motions pursuant to 18 U.S.C. § 3161(h)(1)(F).

                                                McGREGOR W. SCOTT
                                                United States Attorney

DATED: April 27, 2006                        By  /s/ Kimberly A. Kelly
                                                        KIMBERLY A. KELLY
                                                        Assistant U.S. Attorney
                                                        Attorney for Plaintiff

                                                DANIEL J. BRODERICK
                                                Acting Federal Defender

DATED: April 27, 2006                        By  /s/ Eric V. Kersten
                                                          ERIC V. KERSTEN
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       ARMANDO ALFARO

## O R D E R

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F).

IT IS SO ORDERED.

**Dated:   April 28, 2006**                    **/s/ Oliver W. Wanger**
emm0d6                                         UNITED STATES DISTRICT JUDGE