```
 1  HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
 2  ERIC V. KERSTEN, CA Bar #226429
    Assistant Federal Defender
 3  Designated Counsel for Service
    2300 Tulare Street, Suite 330
 4  Fresno, California  93721-2226
    Telephone: (559) 487-5561
 5
    Attorneys for Defendant
 6  ARMANDO ALFARO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00417 AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:  November 9, 2021 |
| ARMANDO ALFARO, | Time:  2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for September 27, 2021 may be continued to November 9, 2021, at 2:00 p.m., or the soonest time thereafter convenient to the court.

Mr. Alfaro is alleged to have violated his terms of supervised release in the above entitled action. The parties are attempting to reach a negotiated settlement but need additional time for defense investigation prior to resolution. If an agreement is not reached by the next status conference the matter will be set for a contested hearing.

///

///

///

///

Because this matter is a revocation of supervised release, no exclusion of time is required.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: September 24, 2021            By    /s/ Katherine E. Schuh
KATHERINE E. SCHUH
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 24, 2021            By    /s/ Eric V. Kersten
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ARMANDO ALFARO

**ORDER**

**IT IS SO ORDERED.** For the reasons set forth above the status conference is continued to November 9, 2021.

DATED:  9/24/2021

/s/ Sheila K. Oberto
Hon. Sheila K. Oberto
Judge, United States District Court