HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ARMANDO ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>ARMANDO ALFARO,<br><br>  Defendant. | Case No. 1:05-cr-00417 AWI<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON**<br><br>Date:  January 11, 2022<br>Time:  2:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for November 9, 2021 may be continued to January 11, 2022, at 2:00 p.m., or the soonest time thereafter convenient to the court.

Mr. Alfaro is alleged to have violated his terms of supervised release in the above entitled action. The parties are attempting to reach a negotiated settlement but need additional time for defense investigation prior to resolution. If an agreement is not reached by the next status conference the matter will be set for a contested hearing.

///

///

///

///

1 | Because this matter is a revocation of supervised release, no exclusion of time is required.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: November 5, 2021     By */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: November 5, 2021     By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ARMANDO ALFARO

**ORDER**

**IT IS SO ORDERED**.

DATED: 11/5/2021     */s/Sheila K. Oberto*
Hon. Sheila K. Oberto
Judge, United States District Court