1 HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
3 Designated Counsel for Service
2300 Tulare Street, Suite 330
4 Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
6 ARMANDO ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00417 AWI |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER THEREON** |
| vs. | Date:   March 23, 2022 |
| ARMANDO ALFARO, | Time:   2:00 p.m. |
| Defendant. | Judge: Hon. Sheila K. Oberto |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the status conference scheduled for January 11, 2022 may be continued to March 23, 2022, at 2:00 p.m., or the soonest date thereafter convenient to the court.

Mr. Alfaro is alleged to have violated his terms of supervised release in the above entitled action. The parties are attempting to reach a negotiated settlement but need additional time for defense investigation prior to resolution, and do to unanticipated medical issues additional time is needed to complete these tasks.

///

///

///

///

Because this matter is a revocation of supervised release, no exclusion of time is required.

PHILLIP A. TALBERT
Acting United States Attorney

DATED: December 28, 2021     By */s/ Katherine Englander Schuh*
KATHERINE ENGLANDER SCHUH
Assistant United States Attorney
Attorneys for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: December 28, 2021     By */s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorneys for Defendant
ARMANDO ALFARO

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above the status conference is continued to March 23, 2022 at 2:00 pm before the assigned duty magistrate judge.

IT IS SO ORDERED.

Dated: **December 29, 2021**      /s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE