HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
ARMANDO ALFARO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:05-cr-00417 JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE CONTESTED HEARING AND SET FOR ADMISSION BEFORE THE DUTY MAGISTRATE; ORDER THEREON** |
| vs. | |
| ARMANDO ALFARO, | Date: June 2, 2022 |
| Defendant. | Time: 2:00 p.m. |
|  | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel that the contested hearing scheduled for May 27, 2022 before the Honorable Jennifer L. Thurston may be vacated, and the matter set for an admission before the duty magistrate on June 2, 2022.

It is alleged Armando Alfaro violated his terms of supervised release in a ten count petition filed April 10, 2014. (Doc.23.) On April 13, 2022 the matter was set for a contested hearing on May 27, 2022. The parties have since reached a negotiated settlement which eliminates the need for a contested hearing. The parties request that the contested hearing be vacated and the matter be set for an admission.

///

///

Because this matter is a revocation of supervised release, no exclusion of time is required.

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATED: May 20, 2022          By */s/ Kimberly A Sanchez*
                                         KIMBERLY A. SANCHEZ
                                         Assistant United States Attorney
                                         Attorneys for Plaintiff

                                         HEATHER E. WILLIAMS
                                         Federal Defender

DATED: May 20, 2022          By */s/ Eric V. Kersten*
                                         ERIC V. KERSTEN
                                         Assistant Federal Defender
                                         Attorneys for Defendant
                                         ARMANDO ALFARO

**ORDER**

**IT IS SO ORDERED**. For the reasons set forth above the contested hearing set for May 27, 2022 is vacated, and the matter set for an admission before the duty magistrate on June 2, 2022.

IT IS SO ORDERED.

Dated:   **May 22, 2022**                                     
UNITED STATES DISTRICT JUDGE