1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  ERIC V. KERSTEN, CA Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ARMANDO ALFARO

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:05-cr-00417 JLT-SKO

12 |         Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER THEREON**

13 | vs. | Date:  August 12, 2022
                                    Time:  9:00 A.m.
14 | ARMANDO ALFARO, | Judge: Hon. Jennifer L. Thurston

15 |         Defendant. |

16

17

18     **IT IS HEREBY STIPULATED** by and between the parties through their respective

19 counsel that the dispositional hearing scheduled for August 5, 2022, before the Honorable

20 Jennifer L. Thurston, may be continued to August 12, 2022.

21     Armando Alfaro faces sentencing after admitting to violating the terms of his supervised

22 release Due to the unanticipated unavailability of defense counsel the parties hereby request that

23 sentencing be continued for one week. Because this matter is a revocation of supervised release

24 no exclusion of time is required.

25 //

26 //

27 //

28 //

|   |   |
|---|---|
|   | PHILLIP A. TALBERT<br>United States Attorney |
| DATED:  August 2, 2022 | By */s/ Kimberly A Sanchez*<br>KIMBERLY A. SANCHEZ<br>Assistant United States Attorney<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED:  August 2, 2022 | By */s/ Eric V. Kersten*<br>ERIC V. KERSTEN<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ARMANDO ALFARO |

**ORDER**

The sentencing hearing scheduled for August 5, 2022 is continued to August 12, 2022.

IT IS SO ORDERED.

Dated:   **August 2, 2022**

UNITED STATES DISTRICT JUDGE